JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE JESUS GUZMAN BENITEZ,<br>Petitioner,<br>v.<br>D. MARIN, et al.,<br>Respondents. | Case No. EDCV 26-2629 AB (PVC)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that Judgment is entered in favor of Petitioner.

DATED: July 9, 2026

HON. ANDRÉ BIROTTE, JR.
UNITED STATES DISTRICT JUDGE